FILED
2013 Apr-23  PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | CV-13-CO-0547-W |
| | ) | |
| BRICE BUILDING COMPANY, LLC | ) | |
| | ) | |
| Defendant. | ) | |

---

**MOTION TO STAY AND COMPEL ARBITRATION**
**OR IN THE ALTERNATIVE, MOTION TO DISMISS**

---

Without waiving, and specifically reserving any objections and reserving any and all defenses it may have to the Complaint for Declaratory Action ("Complaint") filed by Plaintiff The Hanover Insurance Company ("Hanover" or "Plaintiff"), Defendant Brice Building Company, LLC ("Brice" or "Defendant") moves this Court, pursuant to § 3 and § 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*., for an order compelling Plaintiff to arbitrate all of the purported claims and causes of action asserted in Plaintiff's Complaint and to stay proceedings against Defendant pending the outcome of the arbitration.

In support of this motion, Defendant relies on the Affidavit of Matthew J. Lukens, which is Attachment "A" to this Motion, and further relies on the pleadings on file and its Memorandum of Law filed contemporaneously herewith.

Respectfully submitted this 23rd day of April, 2013.

s/ Charlie G. Baxley
CHARLIE G. BAXLEY, ASB-0130-L75B
BILL PURDY (*pending admission pro hac vice*)
*Counsel for Brice Building Company, LLC*

OF COUNSEL:
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone:  (205) 521-8000
Facsimile:   (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being sent this 23rd day of April, 2013, via the CM/ECF system and via email to:

Alec M. Taylor (ataylor@kfplaw.com)
Brian Dodd (bdodd@kfplaw.com)
KREBS, FARLEY & PELLETERI, PLLC
1950 Stonegate Drive, Suite 225
Birmingham, AL  35242
*Counsel for Plaintiff The Hanover Insurance Company*

/s/ *Charlie G. Baxley*
Attorney for Defendant Brice Building
Company, LLC