FILED
2013 Apr-25 PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:13-cv-547-LSC |
| vs. ) | |
| ) | |
| BRICE BUILDING COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Defendant Brice Building Company, LLC's Motion to Stay and Compel Arbitration, filed on April 23, 2013. (Doc. 5.) Plaintiff has eleven (11) days from the date of this Order to appear in writing and SHOW CAUSE why the Court should not grant Defendant's request for an order compelling Plaintiff to arbitrate all of the purported claims and cuases of action asserted in Plaintiff's Complaint (Doc. 1), and to stay proceedings against Defendant pending the outcome of arbitration. Should Plaintiffs be unopposed to Defendant's motion, a simple one page response stating so will be sufficient.

Done this 25th day of April 2013.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

171032